UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| TAUSHA HUMPHREY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHUY'S OPCO, INC.,<br><br>    Defendant. | Case No. 4:19-cv-464-KGB |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| J. BRUCE CROSS<br>GREGORY J. NORTHEN<br>CROSS, GUNTER, WITHERSPOON &<br>   GALCHUS, P.C.<br>500 President Clinton Avenue, Suite 200<br>Little Rock, Arkansas 72201<br>Tel: 501-371-9999<br>Fax: 501-371-0035<br>bcross@cgwg.com<br>gnorthen@cgwg.com | PAUL DECAMP<br>   Admission *pro hac vice* anticipated<br>MAXINE A. ADAMS<br>   Admission *pro hac vice* anticipated<br>EPSTEIN, BECKER & GREEN, P.C.<br>1227 25th Street, N.W., Suite 700<br>Washington, D.C.  20037<br>Tel:  202-861-0900<br>Fax:  202-861-3571<br>PDeCamp@ebglaw.com<br>MAdams@ebglaw.com |

*Counsel for Defendant*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Chuy's Opco, Inc., for its Corporate Disclosure Statement hereby states:

Chuy's Holdings, Inc. is the parent company of Chuy's Opco, Inc. Chuy's Holdings, Inc. is a publicly held company, with Wasatch Advisors, Inc. holding 10% or more of Chuy's Holdings, Inc.'s stock.

                        Respectfully submitted,

                        J. Bruce Cross

| | |
|---|---|
| J. BRUCE CROSS | PAUL DECAMP |
| GREGORY J. NORTHEN |    Admission *pro hac vice* anticipated |
| CROSS, GUNTER, WITHERSPOON & | MAXINE A. ADAMS |
|    GALCHUS, P.C. |    Admission *pro hac vice* anticipated |
| 500 President Clinton Avenue, Suite 200 | EPSTEIN, BECKER & GREEN, P.C. |
| Little Rock, Arkansas 72201 | 1227 25th Street, N.W., Suite 700 |
| Tel: 501-371-9999 | Washington, D.C. 20037 |
| Fax: 501-371-0035 | Tel: 202-861-0900 |
| bcross@cgwg.com | Fax: 202-861-3571 |
| gnorthen@cgwg.com | PDeCamp@ebglaw.com |
| | MAdams@ebglaw.com |

*Counsel for Defendant*

July 29, 2019