IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TAUSHA HUMPHREY**, Individually and on  **PLAINTIFF**
Behalf of All Others Similarly Situated

v.    No. 4:19-cv-464-KGB

**CHUY'S OPCO, INC.**    **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff Tausha Humphrey ("Plaintiff"), individually and on behalf of all others similarly situated, and Chuy's Opco, Inc., by and through their undersigned counsel, and for their Joint Stipulation of Dismissal without Prejudice, state as follows:

1.  Plaintiff and Defendant have conferred and agree that a valid arbitration agreement exists. Accordingly, the parties stipulate to the dismissal of this case without prejudice.

2.  Rule 41 allows a plaintiff to voluntarily dismiss a complaint with the consent of the Defendant. FRCP 41(a)(1)(A)(ii).

3.  Unless the stipulation says otherwise, the stipulation has the effect of dismissing the case without prejudice. FRCP 41(a)(1)(B).

4.  The parties agree that this dismissal should be without prejudice.

5.  The parties therefore ask the court to dismiss this case without prejudice pursuant to this stipulation.

Page 1 of 2
**Tausha Humphrey, et al. v. Chuy's Opco, Inc.**
**U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-464-KGB**
**Joint Stipulation of Dismissal without Prejudice**

Respectfully submitted,

**PLAINTIFF TAUSHA HUMPHREY,
Individually and on Behalf of
All Others Similarly Situated**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Blake Hoyt
Ark. Bar No. 2014252
blake@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**DEFENDANT CHUY'S OPCO, INC.**

CROSS, GUNTER, WITHERSPOON
& GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 371-9999
Facsimile: (501) 371-0035

Gregory Northen
Ark. Bar No. 2011181
gnorthen@cgwg.com

J. Bruce Cross
Ark. Bar No. 74028
bcross@cgwg.com

EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, NW
Washington, DC 20037
Telephone: (202) 861-0900
Facsimile: (202) 861-3571

Paul DeCamp
*Pro Hac Vice* Admission Pending
pdecamp@ebglaw.com

Page 2 of 2
Tausha Humphrey, et al. v. Chuy's Opco, Inc.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-464-KGB
Joint Stipulation of Dismissal without Prejudice