THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAUSHA HUMPHREY                                                                    PLAINTIFF

v.                              Case No. 4:19-cv-00464-KGB

CHUY'S OPCO, INC.                                                                  DEFENDANT

## ORDER

Before the Court are motions for admission *pro hac vice* of attorneys Maxine Adams and Paul DeCamp filed by local counsel J. Bruce Cross and Gregory Northen, on behalf of defendant Chuy's Opco, Inc. (Dkt. Nos. 9, 10). Pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court grants the motions to admit Ms. Adams and Mr. DeCamp *pro hac vice*. Local Rule 83.5(d). Ms. Adams and Mr. DeCamp shall appear as counsel for defendant Chuy's Opco, Inc.

Also, before the Court is the parties' joint stipulation of dismissal without prejudice (Dkt. No. 12). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed without prejudice.

It is so ordered this 1st day of November 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　*Kristine G. Baker*
　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge